UNITED STATES DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J. 07101-0419

William T. Walsh
Clerk

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

TONY ANASTAS, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
One Courthouse Way
Suite 2300
Boston, MA 02210

REPLY TO: Newark

Date: 7/15/04

04 11693 RGS

Re: ROBERT MCCUMBER V COSCO INDUSTRIES, ET AL

03-3454

Dear Clerk,

Pursuant to  Consent Order to Transfer

enclosed please find the file in the above matter together with a certified copy of the docket entries.

Kindly acknowledge receipt on a copy of this letter.

Very truly yours,

William T. Walsh, Clerk

By:   JANE DELLEMONACHE

Deputy Clerk

Enclosures
cc: All counsel/parties

RECEIPT IS HEREBY ACKNOWLEDGED

DATE: _____

BY: _____

**UFFELMAN & CURRY**
165 Washington Street
Morristown, NJ 07960
(973) 889-0300
Attorneys for Plaintiff, Robert McCumber

| | |
|---|---|
| ROBERT McCUMBER,<br><br>    Plaintiff,<br><br>v.<br><br>COSCO INDUSTRIES, INC., MATT KOWALEC, IVAN PHILPOT and LARRY FERGUSON,<br><br>    Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Civil Action No. 03 CV. 3454 (JCL)<br><br>Hon. John C. Lifland, J.<br><br>**CONSENT ORDER FOR TRANSFER** |

   **IT IS HEREBY ORDERED** upon the consent of the parties, and in the interest of justice, that the above-captioned action shall be and hereby is transferred to the United States District Court for the District of Massachusetts, Eastern Division.

Dated: July 14, 2004

_____
John C. Lifland, U.S.D.J.

**CONSENTED TO:**

July 12, 2004

_____
Lisa M. Curry, Esq.
Uffelman & Curry
Attorneys for Plaintiff

July 8, 2004

_____
Steven F. Gooby, Esq.
Piper Rudnick LLP
Attorneys for Defendant
Cosco Industries, Inc.

**12BN, RULE16, CLOSED**

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:03-cv-03454-JCL-MF
Internal Use Only

MCCUMBER v. COSCO INDUSTRIES, et al
Assigned to: Judge John C. Lifland
Referred to: Magistrate Judge Mark Falk
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 07/21/03
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
-------------------------

**ROBERT MCCUMBER**    represented by    **DAVID G. UFFELMAN**
UFFELMAN & CURRY, ESQS.
165 WASHINGTON STREET
MORRISTOWN, NJ 07960
(973) 889-0300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-------------------------

**COSCO INDUSTRIES, INC.**

**MATT KOWALEC**

**IVAN PHILPOT**

**LARRY FERGUSON**

| Filing Date | # | Docket Text |
|---|---|---|
| 07/21/2003 | 1 | COMPLAINT filed; jury demand FILING FEE $ 150.00 RECEIPT # 317189 (dr) (Entered: 07/23/2003) |
| 07/23/2003 | 2 | NOTICE of Allocation and Assignment filed. ( NEWARK - Judge LIFLAND - Magistrate Judge FALK) (NM) (dr) (Entered: |

|  |  | 07/23/2003) |
|---|---|---|
| 07/23/2003 |  | SUMMONS(ES) issued for COSCO INDUSTRIES, MATT KOWALEC, IVAN PHILPOT( 20 Days) (Mailed to Counsel) (dr) Modified on 08/05/2003 (Entered: 07/23/2003) |
| 08/05/2003 |  | SUMMONS(ES) issued for LARRY FERGUSON ( 20 Days) (Mailed to Counsel) (dr) (Entered: 08/05/2003) |
| 09/05/2003 | 3 | CONSENT ORDER, extending time, setting answer due for 9/19/03 for COSCO INDUSTRIES ( signed by Magistrate Judge Mark Falk ) (NM) (jd) (Entered: 09/10/2003) |
| 09/18/2003 | 5 | LETTER ORDER setting scheduling conference for 11:00 10/31/03. ( signed by Magistrate Judge Mark Falk ) (NM) (DS) Modified on 09/26/2003 (Entered: 09/23/2003) |
| 09/19/2003 | 4 | Notice of Intent to submit a Dispositive motion dismissing action by COSCO INDUSTRIES (DS) (Entered: 09/23/2003) |
| 10/15/2003 | 6 | RETURN OF SERVICE executed as to COSCO INDUSTRIES 8/14/03 Answer due on 9/3/03. (DS) (Entered: 10/20/2003) |
| 10/15/2003 | 7 | RETURN OF SERVICE executed as to IVAN PHILPOT 9/25/03; Answer due on 10/15/03. (DS) (Entered: 10/20/2003) |
| 10/15/2003 | 8 | RETURN OF SERVICE executed as to LARRY FERGUSON 9/24/03 Answer due on 10/14/03. (DS) (Entered: 10/20/2003) |
| 07/01/2004 | 9 | SUBSTITUTION OF ATTORNEY firm only. David G. Uffelman attorney for plaintiff, Robert McCumber. (dc, ) (Entered: 07/08/2004) |
| 07/14/2004 | 10 | Consent Order transferring case to District of Massachusetts, Eastern District;. Signed by Judge John C. Lifland on 7/14/04. (jd, ) (Entered: 07/15/2004) |
| 07/15/2004 |  | ***Civil Case Terminated. (jd, ) (Entered: 07/15/2004) |



Certified as a true copy on
This Date: 7-15-04
By: [signature] Morache
( ) Clerk
(X) Deputy