UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT McCUMBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-11693-RGS |
| | ) | |
| COSCO INDUSTRIES, INC., | ) | |
| MATT KOWALEC, IVAN PHILPOT | ) | |
| and LARRY FERGUSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## JOINT MOTION TO EXTEND TIME

Plaintiff, Robert McCumber, and defendants Cosco Industries, Inc., by and through their

attorneys, hereby stipulate and agree that the time within which Cosco Industries, Inc., and any

other defendant properly served, may answer or otherwise respond to the Complaint is hereby

extended until September 3, 2004.

ROBERT McCUMBER                    COSCO INDUSTRIES, INC.

By his attorneys,                  By its attorneys,

David Carey /SEF                   Bruce E Falby
_____            _____
David A. Carey                     Bruce E. Falby (BBO #554143)
Fragomeni & Carey                  Kirsten M. Nelson (BBO #634520)
15 Broad Street                    Piper Rudnick LLP
Boston, MA  02109                  One International Place
(617) 523-6511                     Boston, MA  02110
                                   (617) 406-6000

and

Lisa M. Curry
Uffelman & Curry
165 Washington Street
Morristown, NJ  07960
(973) 889-0002

Dated:  August 19, 2004

## CERTIFICATE OF SERVICE

I, Bruce E. Falby, hereby certify that on this 19th day of August, a copy of the foregoing document was served upon counsel of record, David A. Carey, Esq., Fragomeni & Carey, 15 Broad Street, Boston, MA 02109, by hand, and Lisa M. Curry, Esq., Uffelman & Curry, 165 Washington Street, Morristown, NJ 07960, by first-class mail, postage prepaid.

_____
Bruce E. Falby

- 2 -

~BOST1:306683.v1