UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT McCUMBER,<br><br>                           Plaintiff,<br><br>v.<br><br>COSCO INDUSTRIES, INC., MATT KOWALEC,<br>IVAN PHILPOT and LARRY FERGUSON,<br><br>                           Defendants. | Civil Action No. 1:04-cv-11693-RGS |

**DEFENDANTS COSCO INDUSTRIES, INC.'S**
**RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), defendant, Cosco Industries, Inc. ("Cosco") states that it has no parent company and no publicly held company owns more than 10% of Cosco stock.

Dated: September 3, 2004

                                                               Respectfully submitted,

                                                               */s/ signature*
                                                               Bruce E. Falby (BBO # 544143)
                                                               Kirsten M. Nelson (BBO # 634520)
                                                               **PIPER RUDNICK LLP**
                                                               One International Place
                                                               Boston, MA 02110
                                                               (617) 406-6000

                                                               Attorneys for Defendants
                                                               Cosco Industries, Inc. and Ivan Philpot

~CHGO1:30484039.v1 |9/2/04 11:18 AM

## CERTIFICATE OF SERVICE

    I, Kirsten M. Nelson, hereby certify that on this 3d day of September, a copy of the foregoing document was served upon counsel of record, David A. Carey, Esq., Fragomeni & Carey, 15 Broad Street, Boston, MA 02109, by hand, and Lisa M. Curry, Esq., Uffelman & Curry, 165 Washington Street, Morristown, NJ 07960, by first-class mail, postage prepaid.

                                                                         */s/ Kirsten M. Nelson*
                                                                         Kirsten M. Nelson

~CHGO1:30484039.v1 |9/2/04 11:18 AM