UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT McCUMBER,<br><br>              Plaintiff<br><br>v.<br><br>COSCO INDUSTRIES, INC., ET AL.<br><br>              Defendants | Civ. Action No. 1:04-CV-11693 (RGS) |

## JOINT MOTION TO EXTEND TIME

Defendants Cosco Industries, Inc. and Ivan Philpot, and plaintiff Robert McCumber, by and through their attorneys, hereby stipulate and agree that the time within which plaintiff Robert McCumber may answer or otherwise respond to defendants Cosco Industries, Inc. and Ivan Philpot's Motion to Dismiss, is hereby extended until September 20, 2004.

**Uffelman & Curry***

By: _Lisa Curry/KMN_
Lisa M. Curry
Counsel for plaintiff
Robert McCumber

**Piper Rudnick**

By: _Kirsten Nelson_
Kirsten M. Nelson
Counsel for defendants Cosco
Industries, Inc. and Ivan Philpot
(BBO 634520)

**Fragomeni & Carey****

By: _David Carey/KMN_
David Carey
Counsel for plaintiff
Robert McCumber
(BBO 541883)

* plaintiff's counsel in New Jersey
** plaintiff's counsel in Massachusetts