FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 SEP 23  P 3: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT McCUMBER,

                        Plaintiff,

v.

COSCO INDUSTRIES, INC., MATT KOWALEC,
IVAN PHILPOT and LARRY FERGUSON,

                        Defendants.

Civil Action No. 1:04-cv-11693-RGS

## JOINT PROPOSED SCHEDULING PLAN

Pursuant to Local Rule 16.1(D), Plaintiff Robert McCumber. and Defendants Cosco Industries, Inc. and Ivan Philpot propose the following pre-trial schedule:

### Joint Discovery Plan

1. <u>Mandatory Disclosure.</u> The parties will make the disclosures required by Loc. R. 26.2(A) and Fed. R. Civ. P. 26(a)(1) on or before November 1, 2004.

2. <u>Requests for Written Discovery.</u> The parties will serve all written discovery requests by March 31, 2005, with responses thereto to be served in accordance with the Federal Rules of Civil Procedure.

3. <u>Depositions.</u> With the exception of the depositions of expert witnesses, if any, the parties will take all depositions by June 30, 2005.

4. <u>Expert Witnesses.</u> The plaintiff will identify any expert witnesses and serve expert witness reports on or before July 29, 2005. The defendants will identify any expert

witnesses and serve expert witness reports on or before September 16, 2005. The parties will take all expert witness depositions on or before October 31, 2005.

### Pleadings and Pre-Trial Motions

5.  Responsive Pleading. The defendants Cosco and Philpot filed a Motion To Dismiss certain counts of the Complaint on September 3, 2004.

It is unclear and in dispute whether the remaining named defendants, Larry Ferguson and Matt Kowalec, have been properly served with process in this litigation. Plaintiff intends to attempt service of process on these defendants.

6.  Summary Judgment. The parties will file any motions for summary judgment within 60 days after the close of discovery and will file any oppositions thereto within 30 days after service in accordance with the Federal Rules of Civil Procedure. Any replies will be served and filed within 14 days after service of the oppositions.

### Mediation

7.  The parties anticipate that mediation may prove useful at a later stage in these proceedings and specifically agree to discuss mediation at the close of discovery, and again after the filing of any motions for summary judgment.

### Certification

8.  The parties and their respective counsel have conferred with a view to establishing a budget for the costs of conducting this litigation and the resolution of the litigation through settlement or the use of alternative dispute resolution programs.

| | |
|---|---|
| ROBERT McCUMBER<br>By his attorneys,<br><br>*/s/ Lisa Curry/KMN*<br>Lisa Curry<br>Uffelman & Curry<br>165 Washington Street<br>Morristown, NJ 07960<br>Boston, MA  02110-2600<br>(617) 428-3000<br><br>David A. Carey<br>FRAGOMENI & CAREY<br>15 Broad Street<br>Boston, MA  02108<br>(617) 523-6511 | COSCO INDUSTRIES, INC. and IVAN PHILPOT,<br>By their attorneys,<br><br>*/s/ Kirsten M. Nelson*<br>Bruce E. Falby  (BBO No. 544143)<br>Kirsten M. Nelson  (BBO No. 634520)<br>PIPER RUDNICK LLP<br>One International Place, 21st Floor<br>Boston, MA  02110-2600<br>(617) 406-6000 |