# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert McCumber, <br><br> Plaintiff <br><br> v. <br><br> Cosco Industries, Inc., Matt Kowalec, Ivan Philpot and Larry Ferguson, <br><br> Defendants. | Civil Action No. 1:04-cv-11693-RGS |

## IVAN PHILPOT'S ANSWER AND JURY DEMAND

Defendant IVAN PHILPOT ("Philpot"), for his Answer to the Complaint filed herein, states as follows:

### NATURE OF ACTION

1. Philpot denies that there is currently pending in this Court any action such as that referenced in Paragraph 1 of the Complaint, and further states that the action styled *Teen v. Cosco Industries, Inc. et al.*, which was pending in the United States District Court for the District of New Jersey, has been dismissed.

2. Philpot admits that plaintiff has filed a complaint seeking the referenced relief, but denies that plaintiff is entitled to any of the relief sought against Cosco or Philpot. Philpot denies all other allegations contained in Paragraph 2.

3. Philpot states that the Salary Continuation Agreement speaks for itself. Philpot is otherwise without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 3.

4. Philpot admits that plaintiff has filed a complaint seeking the referenced relief, but denies that plaintiff is entitled to any of the relief sought against Cosco or any of the individual defendants. Philpot denies all other allegations contained in Paragraph 4.

5. Philpot denies the allegations of Paragraph 5.

## JURISDICTION AND VENUE

6. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 6.

7. Philpot admits the allegations of Paragraph 7.

8. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 8.

9. Philpot admits the allegations of Paragraph 9.

10. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 10.

11. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 11.

12. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 12.

13. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 13.

## BACKGROUND

14. Philpot admits that Cosco is a manufacturer of rubber stamp components, but is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 14.

15. Philpot admits the allegations of Paragraph 15.

16. Philpot admits the allegations of Paragraph 16.

17. Philpot admits the allegations of Paragraph 17.

18. Philpot admits that as of May 22, 2003, he had never been an employee of Cosco. Philpot is without sufficient knowledge or information to form a belief as to the remaining allegations of Paragraph 18.

19. Philpot admits the allegations of Paragraph 19.

20. Philpot admits the allegations of Paragraph 20.

21. Philpot admits the allegations of Paragraph 21.

22. Philpot admits that Matthews is a publicly-traded company that competes with Cosco's Graphics Division. Philpot is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 22.

23. Philpot admits that certain information relating to Matthews was reviewed at the May 2003 meeting. Philpot denies the remaining allegations of Paragraph 23.

24. Philpot admits that either he or Ferguson made the claim that Cosco's Graphics Division should be realizing a net profit of 6 to 8 percent of sales. Philpot is without sufficient knowledge or information to form a belief as to the remaining allegations of Paragraph 24.

25. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 25.

26. Philpot admits that Kowalec was given a copy of materials relating to Matthews. Philpot denies the remaining allegations of Paragraph 26.

27. Philpot without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 27.

28. Philpot denies the allegations of Paragraph 28.

29. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 29.

30. Philpot denies the allegations of Paragraph 30.

31. Philpot denies the allegations of Paragraph 31.

32. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 32 concerning Kowalec's state of mind. Philpot denies the remaining allegations of Paragraph 32.

33. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 33.

34. Philpot denies the allegations of Paragraph 34.

35. Philpot denies the allegations of Paragraph 35.

36. Philpot denies the allegations of Paragraph 36.

37. Philpot denies the allegations of Paragraph 37.

38. Philpot denies the allegations of Paragraph 38.

39. Philpot denies the allegations of Paragraph 39.

40. Philpot denies the allegations of Paragraph 40.

41. Philpot denies the allegations of Paragraph 41.

42. Philpot denies the allegations of Paragraph 42.

43. Philpot denies the allegations of Paragraph 43.

44. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 44.

45. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 45 concerning what McCumber informed Cosco. Philpot denies the remaining allegations of Paragraph 45.

46. Philpot is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 46.

47. In response to Paragraph 47, Philpot states that the June 30, 2003 email from McCumber to Kowalec speaks for itself. Philpot is otherwise without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 47.

48. In response to Paragraph 48, Philpot states that the June 30, 2003 email from McCumber to Kowalec speaks for itself. Philpot is otherwise without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 48.

49. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 49.

50. In response to Paragraph 50, Philpot states that the July 1, 2003 email from McCumber to Kowalec speaks for itself. Philpot is otherwise without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 50.

51. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 51.

52. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 52.

53. In response to Paragraph 53, Philpot states that the July 2, 2003 email from Kowalec to McCumber speaks for itself. Philpot is otherwise without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 53.

54. In response to Paragraph 54, Philpot states that the July 2, 2003 email from McCumber to Kowalec speaks for itself. Philpot denies the remaining allegations of Paragraph 54.

55. In response to Paragraph 55, Philpot states that the July 7, 2003 letter from Kowalec to McCumber speaks for itself.

56. In response to Paragraph 56, Philpot states that the July 15, 2003 letter from Kowalec to McCumber speaks for itself. Philpot is otherwise without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 56.

57. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 57.

58. Philpot denies the allegations of Paragraph 58.

## COUNT ONE

(Breach of Contract by Failure to Pay Salary Continuation Agreement)

59. Philpot repeats and reiterates his answers to the allegations contained in Paragraphs 1-58 of the Complaint with full force and effect as though more fully set forth herein.

60. Insofar as Count One is not directed against Philpot, Philpot makes no answer to the claim. Philpot denies the allegations of Paragraph 60.

61. Insofar as Count One is not directed against Philpot, Philpot makes no answer to the claim. Philpot denies the allegations of Paragraph 61.

## COUNT TWO

(Breach of Contract by Failure to Pay Severance upon Constructive Discharge)

62. Philpot repeats and reiterates his answers to the allegations contained in Paragraphs 1-61 of the Complaint with full force and effect as though more fully set forth herein.

63. Insofar as Count Two is not directed against Philpot, Philpot makes no answer to the claim. Philpot denies the allegations of Paragraph 63.

64. Insofar as Count Two is not directed against Philpot, Philpot makes no answer to the claim. Philpot denies the allegations of Paragraph 64.

65. Insofar as Count Two is not directed against Philpot, Philpot makes no answer to the claim. Philpot denies the allegations of Paragraph Paragraph 65.

## COUNT THREE

(Wrongful Discharge)

66. Philpot repeats and reiterates his answers to the allegations contained in Paragraphs 1-65 of the Complaint with full force and effect as though more fully set forth herein.

67. Philpot denies the allegations of Paragraph 67.

68. Philpot denies the allegations of Paragraph 68.

69. Philpot denies the allegations of Paragraph 69.

70. Philpot denies the allegations of Paragraph 70.

71. Philpot denies the allegations of Paragraph 71.

72. Philpot denies the allegations of Paragraph 72.

73. Philpot denies the allegations of Paragraph 73

## COUNT FOUR

(Tortious Interference with Contract and Prospective Economic Advantage)

74. Philpot repeats and reiterates his answers to the allegations contained in Paragraphs 1-73 of the Complaint with full force and effect as though more fully set forth herein.

75. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 75.

76. Philpot denies the allegations of Paragraph 76.

77. Philpot denies the allegations of Paragraph 77.

78. Philpot denies the allegations of Paragraph 78.

79. Philpot denies the allegations of Paragraph 79.

80. Philpot denies the allegations of Paragraph 80.

81. Philpot denies the allegations of Paragraph 81.

82. Philpot denies the allegations of Paragraph 82.

83. Philpot denies the allegations of Paragraph 83.

84. Philpot denies the allegations of Paragraph 84.

85. Philpot denies the allegations of Paragraph 85.

86. Philpot denies the allegations of Paragraph 86.

87. Philpot denies the allegations of Paragraph 87.

88. Philpot denies the allegations of Paragraph 88.

89. Philpot denies the allegations of Paragraph 89.

## COUNT FIVE

(Common Law Whistle Blower Protection)

90. Philpot repeats and reiterates his answers to the allegations contained in Paragraphs 1-89 of the Complaint with full force and effect as though more fully set forth herein.

91. Philpot denies the allegations of Paragraph 91.

92. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 92 regarding what McCumber claims to have "learned" or "reasonably believed," and what he claims to have "discussed" with Teen. Philpot denies the remaining allegations of Paragraph 92.

93. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 93.

94. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 94 regarding what the other individual defendants may have been aware of. Philpot denies the remaining allegations of Paragraph 94.

95. Philpot admits that Cosco terminated McCumber with the approval of Schmidt. Philpot denies the remaining allegations of Paragraph 95.

96. Philpot denies the allegations of Paragraph 96.

97. The allegations of Paragraph 97 contain conclusions of law as to which no answer is required. Philpot further states that the Massachusetts public policies speak for themselves.

98. Philpot is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 98, and therefore denies the same.

99. Philpot denies the allegations of Paragraph 99.

100. Philpot denies the allegations of Paragraph 100.

101. Philpot denies the allegations of Paragraph 101.

102. Philpot denies the allegations of Paragraph 102.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted and this party reserves the right to move at or before the time of trial to dismiss same.

**WHEREFORE,** defendant IVAN PHILPOT. demands judgment against plaintiff, dismissing the Complaint and awarding Philpot costs of suit and attorney's fees as allowed by law.

## TRIAL BY JURY

Philpot demands a trial by jury on all issues so triable.

IVAN PHILPOT

By his attorneys,

*/s/ Kirsten M. Nelson*
Bruce E. Falby (BBO #554143)
Kirsten M. Nelson (BBO #634520)
Piper Rudnick LLP
One International Place
Boston, MA 02110
(617) 406-6000

Dated: October 12, 2004.

## CERTIFICATE OF SERVICE

I, Kirsten M. Nelson, hereby certify that on this 12th day of October, a copy of the foregoing document was served upon counsel of record, David A. Carey, Esq., Fragomeni & Carey, 15 Broad Street, Boston, MA 02109, by hand, and Lisa M. Curry, Esq., Uffelman & Curry, 165 Washington Street, Morristown, NJ 07960, by first-class mail, postage prepaid.

*/s/ Kirsten M. Nelson*
Kirsten M. Nelson