UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT McCUMBER,<br><br>Plaintiff<br><br>v.<br><br>COSCO INDUSTRIES, INC., ET AL.<br><br>Defendants | Civ. Action No. 1:04-CV-11693 (RGS) |

**CERTIFICATION OF LISA M. CURRY, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME
ANSWER TO COUNTERCLAIM**

I, Lisa M. Curry, Esq., of full age, do hereby certify as follows:

I am an attorney in good standing in the State of New Jersey, and an associate at Leib, Kraus, Grispin & Roth, which represents plaintiff in the above-captioned matter. I am fully familiar with the facts as set forth herein. I make this certification in support of Plaintiff's Motion for Leave to File Out of Time Answer to Counterclaim.

1.  In October, 2004, I was a partner at the law firm of Uffelman & Curry in Morristown, New Jersey. Uffelman & Curry represented Plaintiff at that time.

2.  The firm of Uffelman and Curry had one part-time secretary who resigned her job in mid-October with no notice. Subsequent to her departure, I found many errors in the work she had done, particularly her filing. I also found several piles of documents which had not been filed at all. The secretary position was filled in mid-November.

3.  I do not recall seeing Cosco's Answer and Counterclaim prior to December 16, 2004. I have consulted with both my former partner, David Uffelman, Esq., and Plaintiff's local

counsel, David Carey, Esq., and neither of them recalls ever seeing Cosco's Answer and Counterclaim.

4. In October, 2004, when defendant Cosco filed its counterclaim, Mr. Uffelman had recently returned to the office from a lengthy medical absence which included a period of hospitalization. Prior to and following that hospitalization, Mr. Uffelman was not able to take on a full caseload, due to illness.

5. Mr. Carey, whose two-person firm was dissolving during this period, also was unaware of the Counterclaim or the deadline for the Answer.

6. I left the firm of Uffelman & Curry effective December 1, 2004. Plaintiff asked me to take his file when I moved to Leib, Kraus, Grispin & Roth, and I did so. I began working at the new firm on December 13, 2004 and turned my attention to the McCumber file soon after.

7. On December 16, 2004, I realized that Cosco had filed a Counterclaim which had not been answered. I immediately attempted to contact Cosco's counsel in Boston to request a copy of the Answer with Counterclaim, and to discuss the matter. Counsel's office provided me with a copy of the pleading, and on Thursday evening, December 16, 2004, I emailed a draft Answer and a proposed Consent Order permitting the out of time filing to Cosco's counsel. A copy of the cover email is attached hereto as Exhibit A. Upon making verbal contact with Cosco's counsel, I again requested her consent to file the out of time Answer.

8. On Tuesday, December 21, Cosco's counsel informed me that Cosco would not authorize her to consent to my filing the out of time Answer. I then contacted the Court, which instructed me to confer again with Cosco's counsel and if no result was achieved, to file this

Motion. I again contacted Cosco's counsel on Tuesday, December 21, 2004, and was again refused consent to file the Answer.

9. The failure to file a timely Answer to Cosco's Counterclaim was entirely accidental.

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

_Lisa M. Curry (ACC)_
Lisa M. Curry, Esq.

Dated: _Dec. 22, 2004_

| | |
|---|---|
| Subj: | **Fwd: re: McCumber v Cosco** |
| Date: | 12/22/2004 10:36:03 A.M. Eastern Standard Time |
| From: | Lawcat99 |
| To: | Carey6000 |

Return-path: <Lawcat99>
From: Lawcat99
Message-ID: <105.568906ae.2ef3a1d2@aol.com>
Date: Thu, 16 Dec 2004  9:43:30 PM Eastern Standard Time
Subject: re: McCumber v Cosco
To: kirsten.nelson@piperrudnick.com
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="part1_105.568906ae.2ef3a1d2_boundary"


Hi Kirsten,

Would you please call me when you receive this email to discuss the attached. You can reach me at 201-400-7407.
Thanks very much.

Lisa Curry

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2004, a copy of the attached Certification of Lisa M. Curry, Esq. was served by regular mail and fax to defendants' counsel as follows:

Kirsten Nelson, Esq.
Piper Rudnick, LLP
One International Place
Boston, MA 02110
Fax: (617) 406-6114

David Carey, Esq. (BBO 541883)
Boston, MA
(617) 523-6511