UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT McCUMBER,<br><br>  Plaintiff<br><br>v.<br><br>COSCO INDUSTRIES, INC., ET AL.<br><br>  Defendants | Civ. Action No. 1:04-CV-11693 (RGS) |

## PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIM

Plaintiff Robert McCumber, by counsel, for his answer to the Counterclaim of Defendant Cosco Industries, Inc., as contained in that pleading entitled "Cosco Industries Inc.'s Answer, Counterclaim and Jury Demand", states as follows:

1.  Paragraph 1 of the Counterclaim contains one or more conclusions of law and therefore requires no answer; to the extent paragraph 1 contains any allegations of fact, such allegations are denied.

2.  Paragraph 2 is denied.

3.  Paragraph 3 is denied except to admit that plaintiff McCumber was employed with Cosco.

4.  Paragraph 4 is denied.

5.  Paragraph 5 is denied.

6.  Paragraph 6 is denied.

7.  Paragraph 7 is denied.

1

8. Paragraph 8 is denied, and plaintiff states further by way of clarification that a Salary Continuation Agreement exits, which speaks for itself.

9. Paragraph 9 is denied and plaintiff states further by way of clarification that a Salary Continuation Agreement exists, which speaks for itself.

10. Paragraph 10 is denied and plaintiff states further by way of clarification that a Salary Continuation Agreement exists, which speaks for itself.

11. Paragraph 11 is denied.

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

14. Plaintiff repeats, realleges and incorporates by reference all previous allegations in this Answer to Counterclaim as if fully set forth herein.

15. Paragraph 15 contains one or more conclusions of law to which no answer is required; to the extent paragraph 15 contains any allegations of fact, such allegations are denied.

16. Paragraph 16 contains one or more conclusions of law to which no answer is required; to the extent paragraph 16 contains any allegations of fact, such allegations are denied.

17. Paragraph 17 contains one or more conclusions of law to which no answer is required; to the extent paragraph 17 contains any allegations of fact, such allegations are denied.

18. Paragraph 18 contains one or more conclusions of law to which no answer is required; to the extent paragraph 18 contains any allegations of fact, such allegations are denied.

19. Paragraph 19 contains one or more conclusions of law to which no answer is required; to the extent paragraph 19 contains any allegations of fact, such allegations are denied.

20. Plaintiff repeats, realleges and incorporates by reference all previous allegations in this Answer to Counterclaim as if fully set forth herein.

21. Paragraph 21 contains one or more conclusions of law to which no answer is required; to the extent paragraph 21 contains any allegations of fact, such allegations are denied.

22. Paragraph 22 contains one or more conclusions of law to which no answer is required; to the extent paragraph 22 contains any allegations of fact, such allegations are denied.

23. Paragraph 23 contains one or more conclusions of law to which no answer is required; to the extent paragraph 23 contains any allegations of fact, such allegations are denied.

24. Paragraph 24 contains one or more conclusions of law to which no answer is required; to the extent paragraph 24 contains any allegations of fact, such allegations are denied.

25. Paragraph 25 contains one or more conclusions of law to which no answer is required; to the extent paragraph 25 contains any allegations of fact, such allegations are denied.

Dated: Dec 22, 2004

Plaintiff Robert McCumber
By his attorneys:

David Carey, Esq. (BBO 541883)
Boston, MA
(617) 523-6511

Lisa Curry, Esq.
Lieb, Kraus, Grispin & Roth
Scotch Plains, NJ
(*pro hac vice* application pending)