UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| ROBERT McCUMBER, | |
|---|---|
| Plaintiff | |
| v. | Civ. Action No. 1:04-CV-11693 (RGS) |
| COSCO INDUSTRIES, INC., ET AL. | |
| Defendants | |

**CERTIFICATION OF LISA M. CURRY, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY
TO COSCO'S OPPOSITION and
OPPOSITION TO COSCO'S REQUEST FOR DEFAULT**

I, Lisa M. Curry, Esq., of full age, do hereby certify as follows:

I am an attorney in good standing in the State of New Jersey, and an associate at Leib, Kraus, Grispin & Roth, which represents plaintiff in the above-captioned matter. I am fully familiar with the facts as set forth herein. I make this certification in support of Plaintiff's Motion for Leave to File Reply to Cosco's Opposition and Opposition to Cosco's Request for Default.

1. On December 17, 2003, I contacted Steven Gooby, Esq., of Piper Rudnick's New York office. During our conversation, Mr. Gooby agreed that his firm was responsible for moving the case to the District of Massachusetts. After that conversation, I telephoned Mr. Gooby in an attempt to determine when he would effectuate the move. Shortly before July 3, 2004, I decided that I would assume responsibility to move the case since Mr. Gooby was apparently not able to get to it. I informed Mr. Gooby of this and he was happy to let me do so.

2. Attached to this Certification as Exhibits A and B are true and correct copies of the Return of Service on Matt Kowalec and Larry Ferguson, respectively.

3. As stated in my December 21, 2004 Certification in this matter, I do not recall seeing Cosco's Answer and Counterclaim prior to December 16, 2004. I have consulted with both my former partner, David Uffelman, Esq., and Plaintiff's local counsel, David Carey, Esq., and neither of them recalls ever seeing Cosco's Answer and Counterclaim.

4. My partner and I did not call Cosco's counsel to inquire about when they would file their Answer out of professional courtesy, anticipating that they were awaiting written confirmation of the Court's ruling at the September conference, and/or that they needed more time to file the Answer.

5. It is my recollection that during the parties' September conference before this Court, and in one or more telephone conversations with Cosco's counsel, Cosco's counsel advised that defendant Matt Kowalec had been served improperly. Though plaintiff's counsel did not admit that service was improper, we agreed to serve him again to avoid further dispute. Cosco's counsel has not alleged to the Court or to plaintiff's counsel, prior to the Opposition brief, that defendant Ferguson had been improperly served.

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

*Lisa M. Curry*
Lisa M. Curry, Esq.

Dated: 1/11/05

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2005, a copy of the attached Certification of Lisa M. Curry, Esq. was served by regular mail and fax to defendants' counsel as follows:

Kirsten Nelson, Esq.
Piper Rudnick, LLP
One International Place
Boston, MA 02110
Fax: (617) 406-6114

David Carey (T.C.)
David Carey, Esq. (BBO 541883)
Boston, MA
(617) 523-6511

# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

20041018161003

## RETURN OF SERVICE

Service of the Summons and complaint was made by me  
**DATE:** 10/20/04 06:15pm

**NAME OF SERVER (PRINT):** Alan Armi  
**TITLE:** Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Matt Kowalec c/o Cosco Industries, Inc 7400 Artesia Blvd. #307 Buena Park, Ca.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/22/04

2009 Morris Avenue Union NJ 07083  
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

NEW JERSEY

ROBERT McCUMBER,     **SUMMONS IN A CIVIL ACTION**

        Plaintiff,

V.     CASE NUMBER:

        CIV. 03- 3454
                           (JCL)

COSCO INDUSTRIES, INC.,
MATT KOWALEC, IVAN PHILPOT AND LARRY FERGUSON

        Defendants.

TO: (Name and Address of Defendant)

Matt Kowalec
c/o Cosco Industries, Inc.
7220 West Wilson Avenue
Harwood Heights, Illinois

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY   UFFELMAN RODGERS & KLEINLE
165 WASHINGTON ST.
MORRISTOWN, NJ 07960
(973) 889-0300

DAVID G. UFFELMAN [DGU4400]

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**
CLERK                                    DATE   7-23-03

**DIANNE C. RICHARDS**
BY DEPUTY CLERK

**EXHIBIT B**

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE | 20030923114236 |
|---|---|---|

| SERVICE OF: | Summons, CIS, Notice of Allocation and Assignment, Complaint and Jury demand |
|---|---|
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |

DATE: September 24, 03 1:45 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

LARRY FERGUSON C/O DIE TECHNOLOGY ASSOCIATES (COSCO INDUSTRIES)

Place where served: 29 Teed Drive, Randolph, MA 02368

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

FILED OCT 15 2003 WILLIAM T. WALSH CLERK

Relationship to defendant: _____

Description of person accepting service:
SEX: M  AGE: 50s  HEIGHT: 5'10"  WEIGHT: 230  SKIN: W  HAIR: Gray  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Other:

## STATEMENT OF SERVER

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Jason Ludy L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

E. Ippolito - Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 4, 2009

EXECUTED ON:

| ATTORNEY: | DAVID G. UFFELMAN, ESQ. |
|---|---|
| PLAINTIFF: | MCCUMBER |
| DEFENDANT: | COSCO INDUSTRIES, INC. ET ALS |
| VENUE: | |
| DOCKET: | 03 CV 3454 (JCL) |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

NEW JERSEY

ROBERT MCCUMBER,

Plaintiff,

v.

COSCO INDUSTRIES, INC.,
MATT KOWALEC, IVAN PHILPOT AND LARRY FERGUSON

Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CIV. 03- 3454
(JCL)

TO: (Name and Address of Defendant)

Larry Ferguson
c/o Cosco Industries, Inc.
7220 West Wilson Avenue
Harwood Heights, Illinois

and/or

Larry Ferguson
7400 Artesia #307
Buena Park, California

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY  UFFELMAN RODGERS & KLEINLE
165 WASHINGTON ST.
MORRISTOWN, NJ 07960
(973) 889-0300

DAVID G. UFFELMAN [DGU4400]

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**

_____   DATE  _5-5-03_
CLERK

DIANNE C. RICHARDS  /s/
BY DEPUTY CLERK