UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COSCO INDUSTRIES, INC., | ) |
| MATT KOWALEC, IVAN PHILPOT and | ) |
| LARRY FERGUSON, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

Please enter my Appearance as attorney for the Plaintiff, Robert McCumber, in reference to the above-entitled matter.

Respectfully submitted,
Plaintiff, Robert McCumber,
By his attorney

Bruce E. Hopper, BBO# 559219
90 Madison Street, Suite 200
Worcester, MA  01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2005, I served the above NOTICE OF APPEARANCE by mailing a copy thereof, postage prepaid, to:

Kristen Nelson, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110

_____
Bruce E. Hopper