UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| COSCO INDUSTRIES, INC., MATT KOWALEC, IVAN PHILPOT and LARRY FERGUSON, | ) ) ) ) |
| Defendants | ) |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LARRY FERGUSON

Pursuant to Federal Rule of Civil Procedure 55 (a) and Local Rules of Civil Procedure, Plaintiff Robert McCumber, hereby moves this Court for an entry of default against the Defendant Larry Ferguson. In support of his Motion, Plaintiff states that:

1. The Complaint in the above-captioned action was filed on July 21, 2003 with the District of New Jersey, United States District Court.

2. On July 14, 2004, the parties agreed to transfer the above-captioned action to the United States District Court for the District of Massachusetts, Eastern Division.

3. On September 24, 2003, Process Server, Jason Rudy, served Defendant Larry Ferguson by personally delivering a true and attested copy of the Summons and Complaint to the Defendant, pursuant to Rule 4(c) and (e) of the Federal Rules of Civil Procedure (Exhibit A- Return of Service);

4.  Defendant Larry Ferguson failed to file an Appearance in the above-captioned action;

5.  Defendant Larry Ferguson failed to file a response to the Complaint, which was due on or before October 14, 2003, as required by Rule 12(a) of the Federal Rules of Civil Procedure;

6.  In the Complaint, Plaintiff claims that Defendant Ferguson, with the assistance of others, caused Defendant Cosco Industries, Inc. to terminate his employment by stripping him of all his duties, responsibilities and authorities as Vice President and General Manager of the Die Tech division of Cosco. Plaintiff further claims that Defendant Ferguson, with the assistance of others, caused Cosco to breach the Salary Continuation Agreement in order to cover up their illegal and unethical involvement in using confidential material stolen from Matthews, as indicated in the Complaint; and

7.  Defendant Ferguson is not in the military service and is not an infant or incompetent as appears in the Affidavit attached hereto as Exhibit B.

WHEREFORE, the Plaintiff Robert McCumber request that this Court enter a default against the Defendant Larry Ferguson.

Respectfully submitted,
Plaintiff, Robert McCumber,
By his attorney

Bruce E. Hopper, BBO# 559219
90 Madison Street, Suite 200
Worcester, MA 01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2005, I served the above PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LARRY FERGUSON by mailing a copy thereof, postage prepaid, to:

Kristen Nelson, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110

_____
Bruce E. Hopper

AO 440 (Rev. 10/93) Summons in a Civil Action   RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | Summons, CIS, Notice of Allocation and Assignment, Complaint and jury demand |
| EFFECTED (1) BY ME: | OUT OF STATE PROCESS SERVER |
| TITLE: | |
| DATE: | September 24, 03  1:45 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

LARRY FERGUSON C/O DIE TECHNOLOGY ASSOCIATES (COSCO INDUSTRIES)

Place where served: 29 Teed Drive, Randolph, MA 02368

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:

SEX: M   AGE: 50s   HEIGHT: 5'10"   WEIGHT: 230   SKIN: W   HAIR: Gray   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Other:

### STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

*Jason Rudy* L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

rl E. Ippolito - Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 4, 2009

EXECUTED ON:

ATTORNEY: DAVID G. UFFELMAN, ESQ.
PLAINTIFF: MCCUMBER
DEFENDANT: COSCO INDUSTRIES, INC. ET ALS
VENUE:
DOCKET: 03 CV 3454 (JCL)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____ NEW JERSEY

ROBERT MCCUMBER,

              Plaintiff,

V.

COSCO INDUSTRIES, INC.,
MATT KOWALEC, IVAN PHILPOT AND LARRY FERGUSON

              Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CIV. 03- 3454 (JCL)

TO: (Name and Address of Defendant)

Larry Ferguson             and/or            Larry Ferguson
c/o Cosco Industries, Inc.                                       7400 Artesia #307
7220 West Wilson Avenue                                     Buena Park, California
Harwood Heights, Illinois

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

UFFELMAN RODGERS & KLEINLE

PLAINTIFF'S ATTORNEYS

165 WASHINGTON ST.
MORRISTOWN, NJ 07960
(973) 889-0300

DAVID G. UFFELMAN [DGU4400]

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**

                                                                                              8-5-03

CLERK                                                                  DATE

**DIANNE C. RICHARDS**

BY DEPUTY CLERK