AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | Summons, CIS, Notice of Allocation and Assignment, Complaint and jury demand |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |
| DATE: | September 24, 03  1:45 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

LARRY FERGUSON C/O DIE TECHNOLOGY ASSOCIATES (COSCO INDUSTRIES)

Place where served: 29 Teed Drive, Randolph, MA 02368

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:

SEX: M   AGE: 50s   HEIGHT: 5'10"   WEIGHT: 230   SKIN: W   HAIR: Gray   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Other:

### STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_Jason Rudy_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

___ d E. Ippolito - Notary Public
Commonwealth of Massachusetts
My Commission Expires
_____ber 4, 2009

EXECUTED ON:

ATTORNEY:    DAVID G. UFFELMAN, ESQ.
PLAINTIFF:   MCCUMBER
DEFENDANT:   COSCO INDUSTRIES, INC. ET ALS
VENUE:
DOCKET:      03 CV 3454 (JCL)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

NEW JERSEY

ROBERT MCCUMBER,

           Plaintiff,

V.

COSCO INDUSTRIES, INC.,
MATT KOWALEC, IVAN PHILPOT AND LARRY FERGUSON

           Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CIV. 03- 3454
(JCL)

TO: (Name and Address of Defendant)

| | | |
|---|---|---|
| Larry Ferguson<br>c/o Cosco Industries, Inc.<br>7220 West Wilson Avenue<br>Harwood Heights, Illinois | and/or | Larry Ferguson<br>7400 Artesia #307<br>Buena Park, California |

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

UFFELMAN RODGERS & KLEINLE

PLAIN~~TIFF'S ATTORNEYS~~

165 WASHINGTON ST.
MORRISTOWN, NJ 07960
(973) 889-0300

DAVID G. UFFELMAN [DGU4400]

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**

_____  
CLERK

**DIANNE C. RICHARDS** _/s/_

_____  
BY DEPUTY CLERK

8-5-03

_____  
DATE