UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

ROBERT MCCUMBER, )
)
      Plaintiff )
)
v. )
)
COSCO INDUSTRIES, INC., )
MATT KOWALEC, IVAN PHILPOT and )
LARRY FERGUSON, )
)
      Defendants )

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MATT KOWALEC

Pursuant to Federal Rule of Civil Procedure 55 (a) and Local Rules of Civil Procedure, Plaintiff Robert McCumber, hereby moves this Court for an entry of default against the Defendant Matt Kowalec. In support of his Motion, Plaintiff states that:

1. The Complaint in the above-captioned action was filed on July 21, 2003 with the District of New Jersey, United States District Court.

2. On July 14, 2004, the parties agreed to transfer the above-captioned action to the United States District Court for the District of Massachusetts, Eastern Division.

3. On October 20, 2004, Process Server, Alan Azmi, served Defendant Matt Kowalec by personally delivering a true and attested copy of the Summons and Complaint to the Defendant, pursuant to Rule 4(c) and (e) of the Federal Rules of Civil Procedure (Exhibit A- Return of Service);

4. Defendant Matt Kowalec failed to file an Appearance in the above-captioned action;

5. Defendant Matt Kowalec failed to file a response to the Complaint, which was due on or before November 19, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure;

6. In the Complaint, Plaintiff claims that Defendant Kowalec, with the assistance of others, caused Defendant Cosco Industries, Inc. to terminate his employment by stripping him of all his duties, responsibilities and authorities as Vice President and General Manager of the Die Tech division of Cosco. Plaintiff further claims that Defendant Kowalec, with the assistance of others, caused Cosco to breach the Salary Continuation Agreement in order to cover up their illegal and unethical involvement in using confidential material stolen from Matthews, as indicated in the Complaint; and

7. Defendant Kowalec is not in the military service and is not an infant or incompetent as appears in the Affidavit attached hereto as Exhibit B.

WHEREFORE, the Plaintiff Robert McCumber request that this Court enter a default against the Defendant Matt Kowalec.

Respectfully submitted,
Plaintiff, Robert McCumber,
By his attorney

Bruce E. Hopper, BBO# 559219
90 Madison Street, Suite 200
Worcester, MA 01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2005, I served the above PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MATT KOWALEC by mailing a copy thereof, postage prepaid, to:

Kristen Nelson, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110

_____
Bruce E. Hopper