%AO 440 (Rev. 8/01) Summons in a Civil Action     20041018161003

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/20/04 06:15pm |
| NAME OF SERVER (PRINT) Alan Azmi | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Matt Kowalec c/o Cosco Industries, Inc 7400 Artesia Blvd. #307 Buena Park, Ca.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/22/04
             Date                Signature of Server

2009 Morris Avenue Union NJ 07083
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Oct 18 04 02:51p    Law Offices         9738890002              p.4
Case 1:04-cv-11693-RGS    Document 32-2    Filed 03/09/2005    Page 2 of 2
AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

NEW JERSEY

ROBERT McCUMBER,

            Plaintiff,

v.

COSCO INDUSTRIES, INC.,
MATT KOWALEC, IVAN PHILPOT AND LARRY FERGUSON

            Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CIV. 03- 3454 (JCL)

TO: (Name and Address of Defendant)

Matt Kowalec
c/o Cosco Industries, Inc.
7220 West Wilson Avenue
Harwood Heights, Illinois

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAIN~~TIFF'S ATTORNEY~~ UFFELMAN RODGERS & KLEINLE

165 WASHINGTON ST.
MORRISTOWN, NJ 07960
(973) 889-0300

DAVID G. UFFELMAN [DGU4400]

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH

CLERK

DIANNE C. RICHARDS

BY DEPUTY CLERK

DATE    7-23-03