UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| COSCO INDUSTRIES, INC., | ) |
| MATT KOWALEC, IVAN PHILPOT and | ) |
| LARRY FERGUSON, | ) |
| | ) |
| | ) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I served the above PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MATT KOWALEC, by mailing a copy thereof, via certified mail, postage prepaid, to:

Matt Kowalec
c/o Cosco Insdustries
7400 Artesia Blvd. #307
Buena Park, CA 90621

_____
Bruce E. Hopper