UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

FILED IN CLERKS OFFICE
2005 MAR 10 P 1:
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COSCO INDUSTRIES, INC., | ) |
| MATT KOWALEC, IVAN PHILPOT and | ) |
| LARRY FERGUSON, | ) |
| | ) |
| Defendants | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2005, I served the above PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LARRY FERGUSON, by mailing a copy thereof, via certified mail, postage prepaid, to:

Larry Ferguson
c/o Die Technology Associates (Cosco Insdustries)
29 Teed Drive
Randolph, MA 02368

_____
Bruce E. Hopper