UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert McCumber,<br><br>Plaintiff,<br><br>v.<br><br>Cosco Industries, Inc., Matt Kowalec,<br>Ivan Philpot, and Larry Ferguson,<br><br>Defendants. | Civil Action No. 1:04-cv-11693-RGS |

**NOTICE OF LIMITED APPEARANCE**

The undersigned counsel makes a limited appearance on behalf of defendants Matt Kowalec ("Kowalec") and Larry Ferguson ("Ferguson") for the purpose of opposing plaintiff's Motions for Entry of Default against Kowalec and Ferguson.

/s/ Kirsten M. Nelson
Kirsten M. Nelson (BBO # 634520)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Dated: March 17, 2004

~BOST1:321760.v1
309114-10