UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert McCumber ) | |
| ) | Civil Action No. 1:04-cv-11693-RGS |
| Plaintiff ) | |
| v. ) | |
| Cosco Industries, Inc., Matt Kowalec, ) | |
| Ivan Philpot and Larry Ferguson, ) | |
| Defendants. ) | |

**DECLARATION OF MATT KOWALEC**

I, Matt Kowalec, pursuant to 28 U.S.C. §1746, state as follows:

1. My name is Matt Kowalec. I am over 18 years of age, and I make this declaration based on my personal knowledge.

2. I have reviewed the Motion For Entry Of Default Against Defendant Matt Kowlaec ("Motion"), and attachments thereto, filed on behalf of Robert McCumber, and submit this declaration for the limited purpose of opposing that Motion.

3. My address is not 7400 Artesia Boulevard #307 in Buena Park, California. I have never lived or been employed at that address.

4. The 7400 Artesia Boulevard #307 Buena Park, California address is not a current or former address of my employer, Cosco Industries, Inc.

5. I believe that the 7400 Artesia Boulevard #307 Buena Park, California address is a current or former work address for Larry Ferguson.

6.  I have never been physically present at the 7400 Artesia Boulevard #307 Buena Park, California address indicated on the Return of Service attached to the Motion, nor have I ever authorized anyone at that address to accept service on my behalf.

7.  On October 20, 2004, I was in Chicago, Illinois.

8.  I have never been served with a summons in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of March, 2005 at Coto De Caza, California.

_____
MATT KOWALEC