UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert McCumber, <br><br> Plaintiff <br><br> v. <br><br> Cosco Industries, Inc., Matt Kowalec, Ivan Philpot and Larry Ferguson, <br><br> Defendants. | Civil Action No. 1:04-cv-11693-RGS |

### DECLARATION OF LARRY FERGUSON

I, Larry Ferguson, pursuant to 28 U.S.C. §1746, state as follows:

1.  My name is Larry Ferguson. I am over 18 years of age, and I make this declaration based on my personal knowledge.

2.  I have reviewed the Motion For Entry Of Default Against Defendant Larry Ferguson ("Motion"), and attachments thereto, filed on behalf of Robert McCumber, and submit this declaration for the limited purpose of opposing that Motion.

3.  I was never served with a Summons and copy of the Complaint in the above-captioned action.

4.  The Return of Service attached to the Motion wrongly indicates that I was served at Cosco's Die Tech facility at 29 Teed Drive, Randolph, Massachusetts, on September 24, 2003.

5.  On September 24, 2003, I was in California, and was not present at the Teed Drive location indicated on the Return of Service attached to the Motion.

6.  I have never authorized Ivan Philpot to accept service on my behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this  16  day of  March , 2005 at  Buena Park California.

_____
LARRY FERGUSON