UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert McCumber, )<br>)<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>Cosco Industries, Inc., Matt Kowalec, )<br>Ivan Philpot, and Larry Ferguson, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:04-cv-11693-RGS |

NOTICE OF LIMITED APPEARANCE

The undersigned counsel makes a limited appearance on behalf of defendants Matt Kowalec ("Kowalec") and Larry Ferguson ("Ferguson") for the purpose of opposing plaintiff's Motions for Entry of Default against Kowalec and Ferguson.

　　　　　　　　　　　　　　　　　　　/s/ Bruce E. Falby
　　　　　　　　　　　　　　　　　　Bruce E. Falby (BBO # 554143)
　　　　　　　　　　　　　　　　　　DLA PIPER RUDNICK GRAY CARY US LLP
　　　　　　　　　　　　　　　　　　One International Place, 21st Floor
　　　　　　　　　　　　　　　　　　Boston, MA  02110-2600
　　　　　　　　　　　　　　　　　　(617) 406-6000 (telephone)
　　　　　　　　　　　　　　　　　　(617) 406-6100 (fax)

Dated: March 17, 2005