UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COSCO INDUSTRIES, INC., | ) |
| MATT KOWALEC, IVAN PHILPOT and | ) |
| LARRY FERGUSON, | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF'S MOTION TO EXTEND TIME LIMIT FOR SERVICE

Pursuant to local Federal Rule of Civil Procedure 4 (m), Plaintiff Robert McCumber, hereby moves before this Court to extend the time limit for service. In support of his Motion, Plaintiff states that:

**Plaintiff's attorney received returns of personal service signed "under penalty under the laws of the United States" attesting that service was accomplished on Defendants Kowalec and Ferguson.**

1. Plaintiff's attorney received a notice from Guaranteed Subpoena Service indicating that Defendant Larry Ferguson was served *personally* with the Summons and Complaint on September 24, 2003. The return of service was accompanied by a Declaration of Server, which was signed "under penalty under the laws of the United States", attesting that such service was completed. (Exhibit A- Return of Service) Prior to September 24th, Plaintiff had attempted service on Ferguson. On September 11, 2003 service was attempted on Ferguson at Cosco in Illinois. However service was not accomplished since Defendant Ferguson was in the Massachusetts office. (Exhibit B- Notice of Not Served) In his Declaration, Ferguson claims that he was in California not in Massachusetts on

September 24, 2003. Evidently, someone at Cosco Illinois advised the process server that Ferguson was in Massachusetts on September 11, 2003. Based on that information, Plaintiff's attorney then attempted and accomplished service on Ferguson at the Massachusetts office. The fact that Defendant Ferguson now claims that he was in California raises the question whether Ferguson was evading service.

2. Plaintiff's attorney received a notice from Alan Azmi indicating that Defendant Matt Kowalec was served *personally* with the Summons and Complaint on October 20, 2004. The return of service was accompanied by a Declaration of Server, which was signed "under penalty under the laws of the United States", attesting that such service was completed. (Exhibit C- Return of Service and Invoice) Prior to October 20, 2004, Plaintiff had attempted service on Kowalec. On October 2, 2003, service on Kowalec was attempted at 7400 Artesia #307 in Buena Park, California. Service was not accomplished and a notice indicating the same was forwarded to Plaintiff's attorney. (Exhibit D - Notice of Not Served) On September 11, 2003 service was attempted on Kowalec at Cosco's Illinois office. Service was not accomplished and Plaintiff's attorney was forwarded a notice indicating that Kowalec works at both the California and Illinois office. (Exhibit E - Notice of Not Served) The Declaration of Matt Kowalec indicates that Kowalec was in Illinois on October 20, 2004.

3. Together with their Opposition to Motions for Entry of Default, Defendants Kowalec and Ferguson provided Declarations denying that they were personally served with the Summons and Complaint.

4. It is difficult to make an true determination as to whether or not Defendant Kowalec and Ferguson were actually served since there are statements signed under the pains and penalties of perjury from independent process servers indicating that service was accomplished and the Defendants claim, under oath, that they were not served.

5. In order to avoid the delay of entering into a lengthy and costly legal debate as to which party is actually being truthful as to service, Plaintiff respectfully requests that this Honorable Court allow the time limit for service to be extended in order for Plaintiff to re-attempt service of the complaint and summons on Defendants Kowalec and Ferguson.

6. **Defendant Ivan Philpot interfered with service on Defendant Ferguson.** Furthermore, in his Declaration, Ivan Philpot, states that: "I advised the process server that the California address indicated for Larry Ferguson on the Summons appeared to be correct. The process server then said "I'll just leave it with you," or words to that effect, and handed me Larry Ferguson's Summons and Complaint." Mr. Philpot also claims: "Larry Ferguson has never authorized me to accept service on his behalf". (Exhibit F) It is Plaintiff's position that, assuming *arguendo*, that his statements are true, Defendant Philpot acted in bad faith by accepting service of the Complaint and Summons on behalf of Defendant Ferguson even though, as he has admitted, he had no authority to do so. Should Defendant Philpot have refused to accept service on behalf of Defendant Ferguson, the summons and complaint would have been returned to Plaintiff's attorney, allowing Plaintiff's attorney to re-attempt service. Since Plaintiff's attorney received a return of service signed under the penalty of perjury indicating that service on Defendant Ferguson was accomplished and there was no way for Plaintiff's attorney to know of the alleged "conversation" between the process server and Defendant Philpot, Plaintiff's attorney had sufficient proof that service was accomplished.

7. **Defendants Ferguson and Kowalec have not been prejudiced.** Defendant Ferguson and Kowalec, as well as the Defendants Cosco and Philpot, have been aware of Plaintiff's claims against them for some time now. In September 9, 2003, after the complaint was filed and service was attempted, the parties, through their attorneys, entered into settlement negotiations. Further, there was a companion case, Timothy N. Teen v. Cosco Industries, Inc., et al Docket No. 2:03-cv-02880-JCL (NJ),

filed on June 13, 2003, about the same time this action was filed by the same Plaintiff's attorney alleging similar facts and involving may of the same Defendants. That case has since settled. Finally, Defendants' Counsel, through initial automatic disclosures, has indicated that any notice or contact with named Defendant Consco employees, including Messrs. Ferguson and Kowalec, must be made only through and to counsel. Dismissing Plaintiff's complaint against Ferguson and Kowalec, as they suggest in their opposition, would unfairly prejudice the Plaintiff and cause unnecessary burden and costs for Plaintiff as well as this Court since Plaintiff would re-file a complaint against said Defendants.

## CONCLUSION

As indicated herein, Plaintiff has shown "good cause" in order for this Court to allow the time limit for service to be extended, as provided by local Federal Rule of Civil Procedure 4 (m). Therefore, Plaintiff respectfully requests that this Honorable Court allow the time limit for service to be extended in order for Plaintiff to re-attempt service of the complaint and summons on Defendants Kowalec and Ferguson.

Respectfully submitted,
Plaintiff, Robert McCumber,
By his attorney

*/s/ Bruce E. Hopper*

Bruce E. Hopper, BBO# 559219
90 Madison Street, Suite 200
Worcester, MA 01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on April ___, 2005, I served the above by mailing a copy PLAINTIFF'S MOTION TO EXTEND TIME LIMIT FOR SERVICE thereof, postage prepaid, to:

Kristen Nelson, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110

Steven J. Buttacavoli, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110


_____
Bruce E. Hopper

# RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | Summons, CIS, Notice of Allocation and Assignment, Complaint and jury demand |
| EFFECTED (1) BY ME: | OUT OF STATE PROCESS SERVER |
| TITLE: | |
| DATE: | September 24, 03  1:45 PM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[✓] Served personally upon the defendant:

LARRY FERGUSON C/O DIE TECHNOLOGY ASSOCIATES (COSCO INDUSTRIES)

Place where served: 29 Teed Drive, Randolph, MA 02368

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 50s  HEIGHT: 5'10"  WEIGHT: 230  SKIN: W  HAIR: Gray  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Other:

## STATEMENT OF SERVER

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_Jason Rudy_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

—rl E. Ippolito - Notary Public
Commonwealth of Massachusetts
My Commission Expires
         ember 4, 2009

EXECUTED ON:

ATTORNEY: DAVID G. UFFELMAN, ESQ.
PLAINTIFF: MCCUMBER
DEFENDANT: COSCO INDUSTRIES, INC. ET ALS
VENUE:
DOCKET: 03 CV 3454 (JCL)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

NEW JERSEY           SUMMONS IN A CIVIL ACTION

ROBERT MCCUMBER,
             Plaintiff,
     V.

CASE NUMBER:

CIV. 03- 3454
(JCL)

COSCO INDUSTRIES, INC.,
MATT KOWALEC, IVAN PHILPOT AND LARRY FERGUSON

             Defendants.

TO: (Name and Address of Defendant)

Larry Ferguson          and/or        Larry Ferguson
c/o Cosco Industries, Inc.                     7400 Artesia #307
7220 West Wilson Avenue                   Buena Park, California
Harwood Heights, Illinois

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

UFFELMAN RODGERS & KLEINLE
PLAIN~~TIFF~~
165 WASHINGTON ST.
MORRISTOWN, NJ 07960
(973) 889-0300

DAVID G. UFFELMAN [DGU4400]

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH

8-5-03

CLERK                                   DATE

DIANNE C. RICHARDS /dcr

BY DEPUTY CLERK

# Your Process Was **NOT SERVED, NO CHARGE**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, NJ 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

Attorney: **DAVID G. UFFELMAN, ESQ.**
Case/Docket#: **03 CV 3454 (JCL)**   Claim/File#:
Plaintiff: **MCCUMBER**
Defendant: **COSCO INDUSTRIES, INC. ET ALS**
Process Server: **OUT OF STATE**

UFFELMAN RODGERS KLEINLE & METS
165 WASHINGTON STREET
MORRISTOWN, NJ 07960
DAVID G. UFFELMAN, ESQ.

Entity not served / address:

LARRY FERGUSON C/O COSCO INDUSTRIES, INC.
7220 WEST WILSON AVENUE
HARWOOD HEIGHTS, IL 60706

Phone / Fax: 9738890300  9738890002
E-mail:

---

**Our Reference#:** 20030808170522           **Not Served Date:** 09/11/2003

We were unable to serve your process for one or more of the following reasons:

☐ Evading         ☐ Unknown at address         ☐ Service Cancelled

☐ Address does not exist    ☐ Moved     **THIS IS NOT AN AFFIDAVIT!**

☒ Other: MUST BE PERSONALLY SERVED.....USE OUR RETURN PLEASE

HE IS IN MASSACHUSETTS OFFICE 9/11 KA

---

## AUTHORIZATION FOR ADVANCED SEARCH
Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

☐ We recommend search

To order search check desired box, sign authorization and fax back to us immediately at **800-236-2092**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER IS NEEDED FOR A SEARCH THERE WILL BE A $49.95 FEE.
ALSO IF THE COMPANY TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $49.95 FEE.

☐ Skip Trace * - $49.95 - No Find, No Pay            ☐ Affidavit of non-service - $29.95

☐ Postal Forwarding - $25.00 - Regardless of findings  ☐ Stake out - $40.00/ hour - Hours:

☐ D.M.V. - $49.95 - Regardless of findings

☐ Corporate Search - $49.95 - Regardless of findings

_____
AUTHORIZING SIGNATURE        DATE

# Guaranteed Subpoena Service
Phone: (800) 672-1952    www.SERVED.com    Fax: (800) 236-2092
"If we don't serve it, you don't pay"

AO 440 (Rev. 8/01) Summons in a Civil Action                       20041018161003

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/20/04 06:15pm |
| NAME OF SERVER (PRINT) Alan Azmi | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Matt Kowalec c/o Cosco Industries, Inc 7400 Artesia Blvd. #307 Buena Park, Ca.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/22/04
              Date                    Signature of Server

2009 Morris Avenue Union NJ 07083
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

NEW JERSEY

ROBERT MCCUMBER,

                  Plaintiff,

v.

COSCO INDUSTRIES, INC.,
MATT KOWALEC, IVAN PHILPOT AND LARRY FERGUSON

                  Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

Civ. 03- 3454 (JCL)

TO: (Name and Address of Defendant)

Matt Kowalec
c/o Cosco Industries, Inc.
7220 West Wilson Avenue
Harwood Heights, Illinois

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF: UFFELMAN RODGERS & KLEINLE
165 WASHINGTON ST.
MORRISTOWN, NJ 07960
(973) 889-0300

DAVID G. UFFELMAN [DGU4400]

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH
CLERK

DIANNE C. RICHARDS
BY DEPUTY CLERK

DATE  7-23-03

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393425
www.Served.com

UFFELMAN & CURRY
165 WASHINGTON STREET
MORRISTOWN, NJ 07960

**INVOICE**

INVOICE #: 20041018161003
AMOUNT DUE: $99.95
DUE DATE: 11/25/2004

**WE RESERVE THE RIGHT TO CHARGE A $29.00 LATE FEE IF THE PAYMENT IS NOT RECEIVED BY THE DUE DATE.
WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | | |
|---|---|---|---|
| AMOUNT DUE: **$99.95** | DUE DATE: **11/25/2004** | INVOICE #: **20041018161003** | INVOICE DATE: **10/26/2004** |
| ATTORNEY: | DAVID G. UFFELMAN, ESQ. | | |
| FIRM: | UFFELMAN & CURRY | | |
| PLAINTIFF: | ROBERT MCCUMBER | | |
| DEFENDANT: | COSCO INDUSTRIES, INC. ET ALS | | |
| DOCKET#: | 03 CV 3454 (JCL) | CLAIM#: | |
| ENTITY SERVED: | MATT KOWALEC | | |
| SERVED WITH: | Summons, CIS, Notice of Allocation and Assignment, Complaint and jury demand | | |
| SERVED DATE: | **10/20/2004** | COURT DATE: | |

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | |__|__|/|__|__|/|__|__| |
| SERVICE FEE: | $99.95 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |__|__|,|__|__|__|.|__|__| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 HOURS FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC. FEE: | $0.00 | | |
| TOTAL: | **$99.95** | CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| | |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

UFFELMAN & CURRY
165 WASHINGTON STREET
MORRISTOWN, NJ 07960

INVOICE #: 20041018161003
AMOUNT DUE: $99.95
DUE DATE: 11/25/2004

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

# Your Process Was **NOT SERVED, NO CHARGE**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, NJ 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

Attorney: **DAVID G. UFFELMAN, ESQ.**
Case/Docket#: **03 CV 3454 (JCL)**    Claim/File#:
Plaintiff: **MCCUMBER**
Defendant: **COSCO INDUSTRIES, INC. ET ALS**
Process Server: **OUT OF STATE**

UFFELMAN RODGERS KLEINLE & METS
165 WASHINGTON STREET
MORRISTOWN, NJ 07960
DAVID G. UFFELMAN, ESQ.

Entity not served / address:

MATT KOWALEC C/O COSCO INDUSTRIES
7400 ARTESIA # 307
BUENA PARK, CA

Phone / Fax: 9738890300  9738890002
E-mail:

**Our Reference#:   20030923114613**                            **Not Served Date:   10/02/2003**

We were unable to serve your process for one or more of the following reasons:

☐ Evading                    ☐ Unknown at address              ☐ Service Cancelled:

☐ Address does not exist     ☐ Moved              **THIS IS NOT AN AFFIDAVIT!**

☒ Other: MUST BE PERSONALLY SERVED.....USE OUR RETURN PLEASE
THIS IS AN APT W/SECURITY WOULD NOT LET US IN NAMES ARE NOT ON DIRECTORY....10/2KA

## AUTHORIZATION FOR ADVANCED SEARCH
Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

☐ We recommend search

To order search check desired box, sign authorization and fax back to us immediately at **800-236-2092**
*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER IS NEEDED FOR A SEARCH THERE WILL BE A $49.95 FEE.
ALSO IF THE COMPANY TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $49.95 FEE.

☐ Skip Trace * - $49.95 - No Find, No Pay          ☐ Affidavit of non-service - $29.95

☐ Postal Forwarding - $25.00 - Regardless of findings      ☐ Stake out - $40.00/ hour - Hours:

☐ D.M.V. - $49.95 - Regardless of findings

☐ Corporate Search - $49.95 - Regardless of findings     _____
                                                          AUTHORIZING SIGNATURE    DATE

## Guaranteed Subpoena Service
Phone: (800) 672-1952     www.SERVED.com     Fax: (800) 236-2092
**"If we don't serve it, you don't pay"**

# Your Process Was NOT SERVED, NO CHARGE

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, NJ 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

Attorney: **DAVID G. UFFELMAN, ESQ.**
Case/Docket#: 03 CV 3454 (JCL)    Claim/File#:
Plaintiff: **MCCUMBER**
Defendant: **COSCO INDUSTRIES, INC. ET ALS**
Process Server: OUT OF STATE

UFFELMAN RODGERS KLEINLE & METS
165 WASHINGTON STREET
MORRISTOWN, NJ 07960
DAVID G. UFFELMAN, ESQ.

Entity not served / address:
MATT KOWALEC C/O COSCO INDUSTRIES, INC.
7220 WEST WILSON AVENUE
HARWOOD HEIGHTS, IL 60706

Phone / Fax: 9738890300  9738890002
E-mail:

Our Reference#: **20030808171105**     Not Served Date: **09/11/2003**

We were unable to serve your process for one or more of the following reasons:

- [ ] Evading
- [ ] Unknown at address
- [ ] Service Cancelled:
- [ ] Address does not exist
- [ ] Moved

**THIS IS NOT AN AFFIDAVIT!**

- [X] Other: CEO/CFO BOUNCES BETWEEN CA AND IL OFFICES 9/11KA

## AUTHORIZATION FOR ADVANCED SEARCH

Note: all investigative work is performed by Spartan Detective Agency, NJ License 2392

- [ ] We recommend search

To order search check desired box, sign authorization and fax back to us immediately at **800-236-2092**

*PLEASE BE ADVISED THAT IF THE SOCIAL SECURITY NUMBER IS NEEDED FOR A SEARCH THERE WILL BE A $49.95 FEE.
ALSO IF THE COMPANY TAX ID IS NEEDED FOR A SEARCH THERE WILL BE A $49.95 FEE.

- [ ] Skip Trace * - $49.95 - No Find, No Pay
- [ ] Affidavit of non-service - $29.95
- [ ] Postal Forwarding - $25.00 - Regardless of findings
- [ ] Stake out - $40.00/hour - Hours:
- [ ] D.M.V. - $49.95 - Regardless of findings
- [ ] Corporate Search - $49.95 - Regardless of findings

AUTHORIZING SIGNATURE    DATE

## Guaranteed Subpoena Service

Phone: (800) 672-1952    www.SERVED.com    Fax: (800) 236-2092
"If we don't serve it, you don't pay"

# United States District Court

_____ DISTRICT OF _____

NEW JERSEY

ROBERT McCUMBER,

        Plaintiff,

V.

COSCO INDUSTRIES, INC.,

MATT KOWALEC, IVAN PHILPOT AND LARRY FERGUSON

        Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CIV. 03- 3454 (JCL)

TO: (Name and Address of Defendant)

Matt Kowalec
c/o Cosco Industries, Inc.
7220 West Wilson Avenue
Harwood Heights, Illinois

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF ~~[redacted]~~ UFFELMAN RODGERS & KLEINLE
165 WASHINGTON ST.
MORRISTOWN, NJ 07960
(973) 889-0300

DAVID G. UFFELMAN [DGU4400]

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

WILLIAM T. WALSH

CLERK

DIANNE C. RICHARDS

BY DEPUTY CLERK

DATE  7-23-03

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.