UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert McCumber<br><br>Plaintiff<br><br>v.<br><br>Cosco Industries, Inc., Matt Kowalec,<br>Ivan Philpot and Larry Ferguson,<br><br>Defendants. | Civil Action No. 1:04-cv-11693-RGS |

### DECLARATION OF IVAN PHILPOT

I, Ivan Philpot, pursuant to 28 U.S.C. §1746, state as follows:

1. My name is Ivan Philpot. I am over 18 years of age, and I make this declaration based on my personal knowledge.

2. I have reviewed the Motion For Entry Of Default Against Defendant Larry Ferguson ("Motion"), and attachments thereto, filed on behalf of Robert McCumber, and submit this declaration in opposition to that Motion.

3. I was served with a copy of the Summons and Complaint in the above-captioned action on September 25, 2003. At that time, the process server asked me where he could find Larry Ferguson, and showed me a Summons with his name on it. I advised the process server that the California address indicated for Larry Ferguson on the Summons appeared to be correct. The process server then said "I'll just leave this with you," or words to that effect, and handed me Larry Ferguson's Summons and Complaint.

4.  Larry Ferguson has never authorized me to accept service on his behalf, nor did I ever indicate to the process server that I was so authorized.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15 day of March, 2005 at Arlington, Texas.

_____
IVAN PHILPOT