# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert McCumber ) <br> ) <br> ) Civil Action No. 1:04-cv-11693-RGS <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Cosco Industries, Inc., Matt Kowalec, ) <br> Ivan Philpot and Larry Ferguson, ) <br> ) <br> Defendants. ) | |

## DECLARATION OF PAULA FRIEDMAN

I, Paula Friedman, pursuant to 28 U.S.C. §1746, state as follows:

1. My name is Paula Friedman. I am over 18 years of age, and I make this declaration based on my personal knowledge.

2. I am Chicago counsel for defendant, Cosco Industries, Inc. and Ivan Philpot.

3. In connection with the above-captioned action, I have had several telephone conversations with plaintiff's former counsel, Lisa Curry.

4. Specifically, in or about the first week of September, 2004, I spoke with Ms. Curry regarding the status of service of process on defendants Matt Kowalec and Larry Ferguson.

5. In that early September, 2004 telephone conversation, I explained to Ms. Curry that no return of service had been filed for Matt Kowalec, and that Matt Kowalec had informed me that he had never been served.

6. In the same conversation in the first week of September, 2004, I further explained to Ms. Curry that Larry Ferguson had informed me that he had never been served, that he was not in

Massachusetts on September 24, 2003, and that we believed the Return of Service for Larry Ferguson, indicating a service date of September 24, 2003, was false.

7. In the same conversation in the first week of September, 2004, I further advised Ms. Curry that, according to defendant Ivan Philpot:

    a. When Mr. Philpot was served on September 25, 2003, the process server also showed him Mr. Ferguson's Summons, and asked Mr. Philpot where he might find Mr. Ferguson.

    b. Mr. Philpot responded that the California address indicated on the Ferguson Summons appeared to be correct.

    c. The process server then simply handed the Ferguson Summons to Mr. Philpot, saying "I'll just leave these with you," or words to that effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of April, 2005 at Chicago, Illinois.

*[signature]*
PAULA D. FRIEDMAN