UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COSCO INDUSTRIES, INC., | ) |
| MATT KOWALEC, IVAN PHILPOT and | ) |
| LARRY FERGUSON, | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF'S REQUEST FOR RECONSIDERATION

Plaintiff, Robert McCumber, through his undersigned attorney respectfully requests that this Honorable Court reconsider its denial of Plaintiff's Motion to Extend Time Limit for Service. As grounds for this request, Plaintiff states as follows:

1. On April 11, 2005, Plaintiff's Motion to Extend Time Limit for Service was entered into the docket for this action.

2. On April 18, 2005, Defendant's Opposition to Plaintiff's Motion to Extend Time Limit for Service was entered into the docket of this action.

3. On April 25, 2005, an Order denying Plaintiff's Motion to Extend Time Limit for Service was entered by Judge Richard G. Stearns.

4. On April 27, 2005, Plaintiff's Reply to Defendants' Opposition was entered. Plaintiff's Reply to Defendants' Opposition was mailed to the Clerk on April 22, 2005.

5. Plaintiff respectfully requests that this Honorable Court consider Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Extend Time Limit for Service and reconsider its denial of Plaintiff's motion.

6.    Plaintiff further states in support of his Motion to Extend Time for Service, that, as his current attorney recently discovered, prior to this action being transferred to the District of Massachusetts, a Return of Service as to Defendant Larry Ferguson was filed with the Clerk for the District of New Jersey on October 15, 2003. The docket indicates that an Answer was due on October 14, 2003. (Exhibit A) As argued in Plaintiff's Motion and Reply, since Defendant Larry Ferguson now claims that he was not served (although a Return of Service signed under the pains and penalties of perjury has been with filed the Clerk), Plaintiff has opted to request an extension to re-serve Ferguson instead of entering into a legal debate as to who is telling the truth as to service. Should the Court be inclined to stand by its denial of Plaintiff's motion for an extension to re-serve Ferguson, then Plaintiff respectfully requests that this Court reconsider its denial of Plaintiff's Request for Default Judgment Against Ferguson and enter a default judgment based on Defendant Ferguson's failure to file an Answer to the Complaint by October 15, 2003 as provided by the Clerk of the District of New Jersey.

Respectfully submitted,
Plaintiff, Robert McCumber,
By his attorney

*[signature]*

Bruce E. Hopper, BBO# 559219
90 Madison Street, Suite 200
Worcester, MA 01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on May ⟶2⟵, 2005, I served the above by mailing a copy PLAINTIFF'S REQUEST FOR RECONSIDERATION thereof, postage prepaid, to:

Kristen Nelson, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110

Steven J. Buttacavoli, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110


_____
Bruce E. Hopper

12BN, CLOSED, RULE16

## U.S. District Court
### District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:03-cv-03454-JCL-MF

MCCUMBER v. COSCO INDUSTRIES, et al
Assigned to: Judge John C. Lifland
Referred to: Magistrate Judge Mark Falk
Demand: $0
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 07/21/2003
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
ROBERT MCCUMBER

represented by DAVID G. UFFELMAN
165 WASHINGTON STREET
MORRISTOWN, NJ 07960
(973) 889-0300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
COSCO INDUSTRIES, INC.

**Defendant**
MATT KOWALEC

**Defendant**
IVAN PHILPOT

**Defendant**
LARRY FERGUSON

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2003 | 1 | COMPLAINT filed; jury demand FILING FEE $ 150.00 RECEIPT # 317189 (dr) (Entered: 07/23/2003) |
| 07/23/2003 | 2 | NOTICE of Allocation and Assignment filed. ( NEWARK - Judge LIFLAND - Magistrate Judge FALK) (NM) (dr) (Entered: 07/23/2003) |
| 07/23/2003 | | SUMMONS(ES) issued for COSCO INDUSTRIES, MATT KOWALEC, IVAN PHILPOT( 20 Days) (Mailed to Counsel) (dr) Modified on 08/05/2003 (Entered: 07/23/2003) |
| 08/05/2003 | | SUMMONS(ES) issued for LARRY FERGUSON ( 20 Days) (Mailed to Counsel) (dr) (Entered: 08/05/2003) |

| | | |
|---|---|---|
| 09/05/2003 | 3 | CONSENT ORDER, extending time, setting answer due for 9/19/03 for COSCO INDUSTRIES ( signed by Magistrate Judge Mark Falk ) (NM) (jd) (Entered: 09/10/2003) |
| 09/18/2003 | 5 | LETTER ORDER setting scheduling conference for 11:00 10/31/03. ( signed by Magistrate Judge Mark Falk ) (NM) (DS) Modified on 09/26/2003 (Entered: 09/23/2003) |
| 09/19/2003 | 4 | Notice of Intent to submit a Dispositive motion dismissing action by COSCO INDUSTRIES (DS) (Entered: 09/23/2003) |
| 10/15/2003 | 6 | RETURN OF SERVICE executed as to COSCO INDUSTRIES 8/14/03 Answer due on 9/3/03. (DS) (Entered: 10/20/2003) |
| 10/15/2003 | 7 | RETURN OF SERVICE executed as to IVAN PHILPOT 9/25/03; Answer due on 10/15/03. (DS) (Entered: 10/20/2003) |
| 10/15/2003 | 8 | RETURN OF SERVICE executed as to LARRY FERGUSON 9/24/03 Answer due on 10/14/03. (DS) (Entered: 10/20/2003) |
| 07/01/2004 | 9 | SUBSTITUTION OF ATTORNEY firm only. David G. Uffelman attorney for plaintiff, Robert McCumber. (dc, ) (Entered: 07/08/2004) |
| 07/14/2004 | 10 | Consent Order transferring case to District of Massachusetts, Eastern District;. Signed by Judge John C. Lifland on 7/14/04. (jd, ) (Entered: 07/15/2004) |
| 07/15/2004 | | ***Civil Case Terminated. (jd, ) (Entered: 07/15/2004) |
| 08/03/2004 | 12 | CERTIFIED MAIL RETURN RECEIPT re 10 Order Transferring Case (dc, ) (Entered: 08/06/2004) |
| 08/04/2004 | 11 | acknowledgment of receipt of file USDC for the Dist. of MA (sr, ) (Entered: 08/05/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/02/2005 11:13:36 | | | |
| PACER Login: | bh1484 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:03-cv-03454-JCL-MF Start date: 1/1/1970 End date: 5/2/2005 |
| Billable Pages: | 1 | Cost: | 0.08 |