UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT MCCUMBER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COSCO INDUSTRIES, INC., ) <br> MATT KOWALEC, IVAN PHILPOT, ) <br> AND LARRY FERGUSON, ) <br> ) <br> Defendants. ) | Civil Action No. 1:04-cv-11693-RGS |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC*

Defendants Cosco Industries, Inc. ("Cosco") and Ivan Philpot ("Philpot") move that Stephen L. Agin and Paula D. Friedman of the Chicago, Illinois office of DLA Piper Rudnick Gray Cary US, LLP ("DLA Piper"), be admitted *pro hac vice* in the above case and practice in this Court in the above-captioned case as counsel for defendants. As grounds for its motion, defendants through their counsel, submit the attached affidavits of Stephen L. Agin and Paula D. Friedman. Bruce E. Falby and Jessica Manchester of the Boston office of DLA Piper will serve as Cosco's and Philpot's local counsel in Boston.

In support of this motion, Cosco and Philpot state that Mr. Agin and Ms. Friedman, and the Chicago office of DLA Piper have represented them in this action when it was pending in the United States District Court for the District of New Jersey. In further support of this motion, attached hereto as Exhibits A and B are certificates of Mr. Agin and Ms. Friedman establishing their qualifications to practice in this court.

WHEREFORE, defendant respectfully requests that this motion for entry of appearance *pro hac vice* be allowed.

ASSENTED TO:

| | |
|---|---|
| ROBERT McCUMBER,<br>By his attorney,<br><br>*/s/ Bruce E. Hopper /BEF*<br>Bruce E. Hopper (BBO No. 559219)<br>Law Offices of Bruce E. Hopper<br>90 Madison Street, Suite 200<br>Worcester, MA 01608<br>(508) 754-6168 | COSCO INDUSTRIES, INC. and IVAN PHILPOT,<br>By their attorneys,<br><br>*/s/ Bruce E. Falby*<br>Bruce E. Falby (BBO No. 544143)<br>Jessie W. Manchester (BBO 660966)<br>DLA Piper Rudnick Gray Cary US, LLP<br>One International Place, 21st Floor<br>Boston, MA 02110-2613<br>(617) 406-6000 |

Dated: May 20, 2005

CERTIFICATE OF SERVICE

I, Bruce E. Falby, hereby certify that I have this 20th day of May, 2005, served a copy of the foregoing document, by first-class mail, postage prepaid upon counsel of record for the plaintiff.

*/s/ Bruce E. Falby*
Bruce E. Falby

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT MCCUMBER, ) <br> ) <br> ) Civil Action No. 1:04-cv-11693-RGS <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COSCO INDUSTRIES, INC., ) <br> MATT KOWALEC, IVAN PHILPOT, ) <br> AND LARRY FERGUSON, ) <br> ) <br> Defendants. ) | |

*PRO HAC VICE* CERTIFICATE OF STEPHEN L. AGIN

Pursuant to Local Rule 83.5.3 of the United States District Court of the District of Massachusetts, I hereby certify the following:

1. I am an attorney with the law firm of DLA Piper Rudnick Gray Cary US, LLP, 203 N. LaSalle Street, Suite 1900, Chicago, Illinois, 60601.

2. I am an active member in good standing with the State Bar of Illinois since November 9, 1983 (Illinois ARDC Number 06185019).

3. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5.  I am familiar with the Local Rules in the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 18th day of May, 2005.

_____
Stephen L. Agin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT MCCUMBER,<br><br>Plaintiff,<br><br>v.<br><br>COSCO INDUSTRIES, INC.,<br>MATT KOWALEC, IVAN PHILPOT,<br>AND LARRY FERGUSON,<br><br>Defendants. | Civil Action No. 1:04-cv-11693-RGS |

### *PRO HAC VICE* CERTIFICATE OF PAULA D. FRIEDMAN

Pursuant to Local Rule 83.5.3 of the United States District Court of the District of Massachusetts, I hereby certify the following:

1. I am an attorney with the law firm of DLA Piper Rudnick Gray Cary US, LLP, 203 N. LaSalle Street, Suite 1900, Chicago, Illinois, 60601.

2. I am an active member in good standing with the State Bar of Illinois since 1997 (Illinois ARDC Number 6239355).

3. I am also an active member in good standing with the State Bar of Maryland since 1994.

4. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6.    I am familiar with the Local Rules in the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 18th day of May, 2005.

_____
Paula D. Friedman

2