UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 24 P 2:19

| | |
|---|---|
| Robert McCumber,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cosco Industries, Inc., Matt Kowalec,<br>Ivan Philpot, and Larry Ferguson,<br><br>　　　　　Defendants. | Civil Action No. 1:04-cv-11693-RGS |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of defendants Cosco Industries, Inc. and Ivan Philpot in the above-captioned matter.

Respectfully Submitted,

*/s/ Jessica W. Manchester*

Jessica W. Manchester (BBO # 660966)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110
Telephone: 617-406-6000

Dated: May 24, 2005

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage prepaid on May 24, 2005.

*/s/ Jessica Manchester*

~BOST1:322080.v1
309114-10