UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COSCO INDUSTRIES, INC., | ) |
| MATT KOWALEC, IVAN PHILPOT and | ) |
| LARRY FERGUSON, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff's attorney hereby notifies the Clerk and the parties in this action that his address has changed to:

Law Offices of Bruce E. Hopper
Bruce E. Hopper, Esq.
Two Foster Street, Suite 300
Worcester, MA 01608

Respectfully submitted,
Plaintiff, Robert McCumber,
By his attorney

_____
Bruce E. Hopper, BBO# 559219
Two Foster Street, Suite 300
Worcester, MA  01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on _____5/27 6/1_____, 2005, I served the above by mailing a copy NOTICE OF CHANGE OF ADDRESS thereof, postage prepaid, to:

Kristen Nelson, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110

Jessie W. Manchester, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110


_____
Bruce E. Hopper