AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

ROBERT McCUMBER

V.

COSCO INDUSTRIES, INC., MATT KOWALEC, IVAN PHILPOT and LARRY FERGUSON

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04-11693**

TO: (Name and address of Defendant)

Larry Ferguson
8290 Pierce Drive
Buena Park, California 90620

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce E. Hopper, Esq.
Law Office of Bruce E. Hopper
Two Foster Street, Suite 300
Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

_Kathleen Hassett_
(By) DEPUTY CLERK

DATE  May 6, 2005

AO 440 (Rev. 8/0.  Su.        tion

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint  made by me[1] | 6-6-05@7:00 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| B. Tustison | Orange County, CA., Registered Process Server #1501 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    8290 Pierce Drive, Buena Park, Ca.  90620

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-7-05
          *Date*

*Signature of Server*  B. Tustison
                        P.O. Box 11269
                        Costa Mesa, Ca.  92627

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.