

**DLA PIPER RUDNICK GRAY CARY**

One International Place, 21st Floor
Boston, Massachusetts 02110-2600
main 617.406.6000  fax 617.406.6100

JESSIE W. MANCHESTER
jessie.manchester@piperrudnick.com
direct 617.406.6001  fax 617.406.6101
Member of the Washington State Bar
Member of the Massachusetts State Bar

May 2, 2005

<u>VIA FACSIMILE (508) 754-6335 &
FIRST-CLASS MAIL</u>

Bruce E. Hopper, Esq.
90 Madison Street, Suite 200
Worcester, MA 01608

      Re: *Robert McCumber v. Cosco Industries, Inc., et al.*
          Civil Action No. 1:04-CV-11693-RGS

Dear Mr. Hopper:

     I am in receipt of your letters dated April 27 and 29, 2005 regarding the seven depositions plaintiff noticed to take place in Worcester, MA on May 3 and May 4, 2005. As we discussed in our telephone conversation today, this letter notes the following objections to the deposition notices.

     First, with respect to all non-party witnesses identified in your deposition notices, which includes the named employees and officers of Cosco and Larry Ferguson, we will insist upon the issuance of proper subpoenas for these depositions. As you know, none of the individual Cosco employees or Mr. Ferguson are proper party defendants in this action[1], and individual witnesses cannot be compelled to appear for deposition by notice. If you wish to depose Messrs. Schmidt, Moody, Kowalec, Zachem, Ferguson, and Ms. Brown, duly issued and served subpoenas will be required. In addition, Messrs. Schmidt, Moody, Ferguson and Kowalec are nonresidents of Massachusetts, and cannot be required to appear for depositions there.

---

[1] Though Matt Kowalec and Larry Ferguson are named as defendants, neither has been served in this action, as reflected by the Court's recent refusal to enter defaults against them, and the Court's denial of McCumber's motion for extension of time to serve them.

*Piper Rudnick LLP*


**DLA PIPER RUDNICK GRAY CARY**

Bruce E. Hopper, Esq.
May 2, 2005
Page 2

    The only party witness identified in your March 7, 2005 deposition notices is Ivan Philpot. The notice which you served proposed deposing Mr. Philpot on May 4, 2005 in Worcester, Massachusetts. As you know, Mr. Philpot is a resident of Texas, and should not be compelled to incur the expense and inconvenience of traveling to Massachusetts for his deposition.

    Assuming plaintiff issues and serves proper subpoenas, defendants will work with you to agree upon mutually satisfactory dates and locations for these depositions. In addition, defendants would like to set a date to depose Mr. McCumber. Please contact me if you would like to discuss this matter further.

Sincerely,

*Jessie W. Manchester*

Jessie W. Manchester

JWM/clc

~BOST1:351160.v1