UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COSCO INDUSTRIES, INC., | ) |
| MATT KOWALEC, IVAN PHILPOT and | ) |
| LARRY FERGUSON, | ) |
| | ) |
| Defendants | ) |

### PLAINTIFF ROBERT MCCUMBER'S AMENDED MOTION TO AMEND SCHEDULING PLAN

Now comes Plaintiff Robert McCumber who moves to amend his Motion to Amend the Scheduling Plan to include as follows:

1. Defendants' attorney has clarified its position that it will not object to Plaintiff serving the non-party individuals listed in their Initial Disclosures with subpoenas issued by the Clerk of the District of Massachusetts and executed by Plaintiff's attorney.

2. Defendants' attorney has clarified that the non-party witnesses will appear at their depositions without Plaintiff having to obtain court orders in the particular districts in order to compel their appearances at their depositions.

3. Based on the above clarifications, Plaintiff will not need the deadline to be extended until December 29, 2005, since Motions to Enforce Subpoenas will not need to be filed and heard in other Districts.

4. However, Defendants' proposed deadline until August 30, 2005 to take all deposition is unrealistic especially given that depositions must be taken in Illinois, California, Texas, New Jersey and Massachusetts.

5. For the reasons stated herein, Plaintiff hereby amends his motion and respectfully requests that the deadline for taking depositions be extended until October 31, 2005.

Respectfully submitted,
Plaintiff, Robert McCumber,
By his attorney

_____
Bruce E. Hopper, BBO# 559219
Two Foster Street, Suite 300
Worcester, MA 01608
(508) 754-6168

## CERTIFICATE OF SERVICE

I hereby certify that on ____July 13____, 2005, I served the above PLAINTIFF ROBERT MCCUMBER'S AMENDED MOTION TO AMEND SCHEDULING PLAN by mailing a copy thereof, postage prepaid, to:

Paula D. Friedman, Esq.
DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293

Jessie W Manchester, Esq.
Piper Rudnick, LLP
One International Place
Boston, MA 02110

Kristen Nelson, Esq.
Piper Rudnick, LLP
One International Place
Boston, MA 02110

Stephen Agin, Esq.
Piper, Marbury, Rudnick & Wolfe
203 North LaSalle St., Suite 1800
Chicago, IL 60601-1293

_____
Bruce E. Hopper