# LAW OFFICES OF
# BRUCE E. HOPPER

Two Foster Street, Suite 300
Worcester, MA 01608
Phone: (508) 754-6168 Fax: (508) 754-6335
(800) 423-1272
www.hopperatty.com

BRUCE E. HOPPER
MARIA M. RIVERA-ORTIZ

SUGEIL M. SULSONA, PARALEGAL
IVETTE Y. AMPARO, OFFICE MANAGER

**VIA FAX (617) 406-6101 &**
**REGULAR MAIL**

June 2, 2005

Jessie W. Manchester, Esq.
Piper Rubnick, LLP
One International Place
Boston, MA 02110

RE:   Robert McCumber v. Cosco Industries, Inc., et al
       Civil Action No. 1:04-CV-11693 (RGS)

Dear Attorney Manchester:

    Per our conversation on May 31, 2005, enclosed is a draft copy of the joint stipulation amend[ing] the scheduling plan. Please contact my office with your comments and/or revisions as soon as possib[le].

    As you know, we are looking to reschedule the depositions of Debbie Brown, Larry Ferguson, Matt Kowalec, Bret Moody, Ivan Philpot, Bob Schmidt and Mark Zachem. I am proposing that we extend the deadline for taking depositions until September 30, 2005. Since we have to fly to Illinois [and] California for the depositions, I am hopeful that the end of September should give us enough time to take the depositions.

    At this time, I would also like to settle the issue as to the notices for the depositions. You had previously claimed that my deposition notices were issued inappropriately. However, the notice you issued for Mr. McCumber's deposition follows the same format as my deposition notices. I have no objections to accepting your deposition notice. Please clarify your position as to the type of notice y[ou] will accept for the depositions that I will be noticing. I can use the same format as Mr. McCumber's notice or I can use the form issued by the Clerk (see attached copy). I also need to clarify whether or [not] you will be accepting service of the deposition notices on behalf of the above named individuals or i[f]

----------------------------------

you would like me to serve them directly. Clarifying these issues now will avoid any unnecessary costs and delays in taking the depositions.

Thank you for your consideration.

Very truly yours,

*Bruce E. Hopper, sms*

Bruce E. Hopper

BEH/sms
Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-1

ROBERT MCCUMBER,          )
                          )
        Plaintiff         )
                          )
                          )
v.                        )
                          )
COSCO INDUSTRIES, INC.,   )
MATT KOWALEC, IVAN PHILPOT and )
LARRY FERGUSON,           )
                          )
        Defendants        )

DRA

## JOINT MOTION TO AMEND SCHEDULING PLAN

Now come the parties, Plaintiff Robert McCumber and Defendants Ivan Philpot and C

Industries, Inc., and move jointly to amend the Scheduling Plan as follows:

3. <u>Depositions</u>. With the exception of the depositions of expert witnesses, if any

will take all depositions by September 30, 2005.

4. <u>Expert Witnesses</u>. The Plaintiff will identify any expert witnesses and serve e

witness reports on or before October 31, 2005. The Defendants will identify any expert witne

serve expert witness reports on or before November 30, 2005. The parties will take all exper

depositions on or before December 30, 2005.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff, Robert McCumber<br>By his Attorney,<br><br>DRAFT<br><br>_____<br>Bruce E. Hopper, BBO# 559219<br>Two Foster Street, Suite 300<br>Worcester, MA 01608<br>(508) 754-6168<br><br><br>Date: _____ | Respectfully submitted,<br>Defendants, Ivan Philpot and<br>Cosco Industries, Inc.,<br>By their Attorneys,<br><br>DRAFT<br><br>_____<br>Jessica W. Manchester, BBO# 660966<br>Bruce E. Falby, BBO# 544143<br>DLA Piper Rudnick Gray Cary US LLP<br>On International Place<br>Boston, MA 02110-2600<br>(617) 406-6000<br><br>Date: _____ |