UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(RGS)

| | |
|---|---|
| ROBERT MCCUMBER,  )<br>  )<br>        Plaintiff  )<br>  )<br>v.  )<br>  )<br>COSCO INDUSTRIES, INC.,  )<br>MATT KOWALEC, IVAN PHILPOT and  )<br>LARRY FERGUSON,  )<br>  )<br>        Defendants  ) | **NOTICE OF TAKING<br>VIDEOTAPED DEPOSITION** |

To:  Jessie W. Manchester, Esq.           Paula D. Friedman, Esq.
      Piper Rubnick, LLP                           DLA Piper Runick Gray Cary US LLP
      One International Place                    203 North LaSalle Street, Suite 1900
      Boston, MA 02110                           Chicago, IL 60601-1293

Please take notice that, **at 10:00 a.m. (pacific time), on Thursday, September 22, 2005** at Century Court Reporters, Inc., 1900 Avenue Of The Stars, Los Angeles, California, the Plaintiff, Robert McCumber, by its attorney, will take the deposition upon oral examination of **MATT KOWALEC** pursuant to the applicable provisions of the Massachusetts Federal Rules of Civil Procedure, before Century Court Reporters, Notary Public in and for the State of California, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Respectfully submitted,
Plaintiff, Robert McCumber,
By his attorney

*[signature]*

Bruce E. Hopper, BBO# 559219
Two Foster Street, Suite 300
Worcester, MA 01608
(508) 754-6168

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-CV-11693(R

| | |
|---|---|
| ROBERT MCCUMBER, | ) |
|          Plaintiff | ) |
| v. | ) |
| COSCO INDUSTRIES, INC., MATT KOWALEC, IVAN PHILPOT and LARRY FERGUSON, | ) |
|          Defendants | ) |

**NOTICE OF TAKING VIDEOTAPED DEPOSITION**
**PURSUANT TO RULE 30 (b) (1) (2) OF THE FEDERAL RULES OF CIVIL PROCEDURI**

To:    **Brett Moody**
         C/o Paula D. Friedman, Esq.
         DLA Piper Runick Gray Cary US LLP
         203 North LaSalle Street, Suite 1900
         Chicago, IL 60601-1293

      YOU ARE HERBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rules 30 (b) (1) (2) of the Federal Rules of Civil Procedure to app and testify on behalf of the Plaintiffs before a Notary Public of the State of California on **Thursday, September 22, 2005 at 2:00 p.m. (pacific time)** at Century Court Reporters, Inc., 1900 Avenue Of Stars, Los Angeles, California in the presence of Attorney Bruce E. Hopper, to testify as to your knowledge, at the taking of the deposition in the above-entitled action. The oral examination will continue from day to day until completed.

      Dated this _22_ day July, 2005.

PLAINTIFF,
By his attorney,

_/s/ Bruce E. Hopper_
Bruce E. Hopper
Two Foster Street, Suite 300
Worcester, MA 01608
(508) 754-6168
BBO 559219