UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11693-RGS

ROBERT McCUMBER

v.

COSCO INDUSTRIES, INC. et al.


ORDER ON DEFENDANTS' MOTION
FOR RECONSIDERATION OR CLARIFICATION


August 2, 2005

STEARNS, D.J.

Defendants' motion for reconsideration is <u>DENIED</u>.  The motion to clarify the court's June 19, 2005 Order is <u>ALLOWED</u>.  The court will adopt the defendants' suggested clarifications as follows: (1) the  extension of time granted in the court's previous Order applies only to the scheduling of depositions and not to written discovery; and (2) dispositive motions must be filed by November 15, 2005, with oppositions due fourteen days thereafter.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE