UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 21  P 3: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT MCCUMBER )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>COSCO INDUSTRIES, INC., MATT )<br>KOWALEC, IVAN PHILPOT AND )<br>LARRY FERGUSON, )<br>)<br>Defendants. ) | Civil Action No. 1:04-cv-11693-RGS |

### STIPULATION OF DISMISSAL

Plaintiff Robert McCumber and Defendants Cosco Industries, Inc., Matt Kowalec, Ivan Philpot and Larry Ferguson agree to dismiss the Complaint against Defendants Cosco Industries, Inc., Matt Kowalec, Ivan Philpot and Larry Ferguson and the Counterclaim against Plaintiff Robert McCumber pursuant to Fed. R. Civ. P. 41(a) with prejudice or costs to either party.

ROBERT MCCUMBER
By his Attorney,

_/s/ Bruce E. Hopper_
Bruce E. Hopper, BBO #559219
Two Foster Street, Suite 300
Worcester, MA 01608
(508) 754-6168

COSCO INDUSTRIES, INC.,
MATT KOWALEC, IVAN PHILPOT
and LARRY FERGUSON
By their attorneys,

_/s/ Jessica W. Manchester_
Bruce E. Falby (BBO #554143)
Kirsten M. Nelson (BBO #634520)
Jessica W. Manchester (BBO #660966)
DLA Piper Rudnick Gray Cary US LLP
One International Place
Boston, MA 02110
(617) 406-6000

and

Date: 10/19/05

Paula D. Friedman, Esq.
Stephen Agin, Esq.
DLA Piper Rudnick
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
(312) 368-4000

Date: 10/19/05

## CERTIFICATE OF SERVICE

I, Jessie W. Manchester, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 10/19, 2005.

*Jessie W. Manchester*
Jessie W. Manchester